# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **Erin Wilson, individually and on behalf of others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**Tradercodes, LLC DBA Algo Exchange**<br><br>*Defendant* | Civil Action No. 1:25-cv-03211-ELR |

## AFFIDAVIT OF SERVICE

I, Gregory August, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to Tradercodes, LLC DBA Algo Exchange in Collier County, FL on June 11, 2025 at 10:06 am at 1100 5th Avenue South, suite 302, Naples, FL 34102 by leaving the following documents with Jason Axt who as Manger is authorized by appointment or by law to receive service of process for Tradercodes, LLC DBA Algo Exchange.

SUMMONS IN A CIVIL ACTION,  COMPLAINT,  COVER SHEET AND EXHIBITS

White Male, est. age 25-34, glasses: N, Black hair, 240 lbs to 260 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=26.1418556177,-81.791712051
Photograph: See Exhibit 1

Total Cost: $106.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Collier County, FL on 6/11/2025.

/s/ *Gregory August*
Signature
Gregory August
+1 (239) 399-1475



Exhibit 1a)