## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated,*<br><br>       Plaintiff,<br><br>v.<br><br>TRADERCODES, LLC DBA ALGO EXCHANGE,<br><br>       Defendant. | Case No. 1:25-cv-03211-ELR<br><br>Jury Trial Demanded |

### DEFENDANT TRADERCODES, LLC DBA ALGO EXCHANGE'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant Tradercodes, LLC d/b/a Algo Exchange ("Algo Exchange"), by counsel, Gordon Rees Scully Mansukhani, LLC, and respectfully submits this Answer to Plaintiff's Complaint.

### INTRODUCTION

Before addressing each of the respective allegations in the Complaint, Algo Exchange shares the following factual background underlying this action. On March 21, 2025, a person identifying themselves as Ninapulin Sheth visited Algo Exchange's website, expressed interest in receiving information about Algo Exchange through a strategy call with Algo Exchange, and provided a phone number on a lead form by which she provided prior express written consent to receive text

1

messages.  While not certain, it appears that this person may have incorrectly entered their phone number, resulting in Algo Exchange sending two text messages, purportedly to Plaintiff, who allegedly owns the phone number.  Algo Exchange immediately ceased sending text messages to the phone number after that person texted back STOP.  In short, Algo Exchange did nothing wrong.

The actual facts do not support liability, nor could they possibly support certification of a class.

## NATURE OF THIS ACTION[1]

1.    Algo Exchange admits that Plaintiff purports to bring this action as a class action under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), but denies the remaining allegations in paragraph 1 of the Complaint. Algo Exchange expressly denies that Plaintiff has stated a claim, denies Plaintiff is entitled to any relief, and denies that this action can be certified as a class action.

2.    Algo Exchange denies the allegations in paragraph 2 of the Complaint.

## JURISDICTION AND VENUE

3.    Algo Exchange denies the allegations in paragraph 3 of the Complaint and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

---

[1] Headings in this Answer are included solely for purposes of clarity and to mirror the structure of the Complaint.  They are not admissions.  To the extent any heading is construed as a factual allegation, it is denied.

4.    Algo Exchange denies the allegations in paragraph 4 of the Complaint and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

5.    Algo Exchange admits that a person who identified themselves as Ninapulin Sheth visited Algo Exchange's website, entered their information, provided the purportedly subject phone number, and indicated that they wanted to be contacted by Algo Exchange.   All other allegations in paragraph 5 of the Complaint are denied.

## PARTIES

6.    Algo Exchange denies knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint and therefore denies the allegations in paragraph 6.

7.    Algo Exchange admits that it is a limited liability company.

## FACTUAL ALLEGATIONS

8.    Algo Exchange denies knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the Complaint and therefore denies the allegations in paragraph 8.

9.    Algo Exchange denies knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Complaint and therefore denies the allegations in paragraph 9.

10.    Algo Exchange denies knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Complaint and therefore denies the allegations in paragraph 10.

11.    Algo Exchange denies knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint and therefore denies the allegations in paragraph 11.

12.    Algo Exchange denies knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Complaint and therefore denies the allegations in paragraph 12.

13.    Algo Exchange denies knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Complaint and therefore denies the allegations in paragraph 13.

14.    Algo Exchange denies knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Complaint and therefore denies the allegations in paragraph 14.

15.    As described on page 1 above in Algo Exchange's introduction, Algo Exchange admits that a person who identified themselves as Ninapulin Sheth visited Algo Exchange's website, entered their information, provided the purportedly subject phone number, and indicated that they wanted to be contacted by Algo Exchange.  All other allegations in paragraph 15 of the Complaint are denied.

4

16.    Algo Exchange admits that it sent the two text messages identified in paragraph 16.  All other allegations in paragraph 16 of the Complaint are denied.

17.    As described on page 1 above in Algo Exchange's introduction, Algo Exchange admits that a person who identified themselves as Ninapulin Sheth visited Algo Exchange's website, entered their information, provided the purportedly subject phone number, and indicated that they wanted to be contacted by Algo Exchange.  All other allegations in paragraph 17 of the Complaint are denied.

18.    Algo Exchange admits that a person who identified themselves as Ninapulin Sheth visited Algo Exchange's website, entered their information, provided the purportedly subject phone number, indicated that they wanted to be contacted by Algo Exchange, and that the two text messages that are screenshot in the Complaint were sent from the number alleged in paragraph 18 of the Complaint. All other allegations in paragraph 18 of the Complaint are denied.

19.    Algo Exchange admits that the subject text messages were intended for the person's phone number who requested information about Algo Exchange, provided the purportedly subject phone number, as well as prior express written consent to receive text messages from Algo Exchange.  All other allegations in paragraph 19 of the Complaint are denied.

20.    Algo Exchange admits that the purpose of the subject text messages was to arrange a strategy call with the person who provided the purportedly subject

phone number requesting information about Algo Exchange as well as prior express written consent to receive text messages from Algo Exchange. All other allegations in paragraph 20 of the Complaint are denied.

21.    Algo Exchange denies the allegation as written, because Algo Exchange did receive prior express written consent by a person who provided the subject telephone number and requested to be texted by Algo Exchange; however, because the person who provided the telephone number may or may not be Plaintiff, Algo Exchange denies knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Complaint and therefore denies the allegations in paragraph 21.

22.    Algo Exchange admits that the person who provided the subject number and consented to receive text messages from Algo Exchange requested information from Algo Exchange. All other allegations in paragraph 22 of the Complaint are denied.

23.    Algo Exchange denies the allegations in paragraph 23 of the Complaint and respectfully refers all questions of law to the Court and all questions of fact to the trier of fact.

## CLASS ACTION ALLEGATIONS

24.    Algo Exchange admits that Plaintiff purports to bring this action as a class action under the TCPA, but denies the remaining allegations in paragraph 24

of the Complaint.  Algo Exchange expressly denies that Plaintiff has stated a claim, denies Plaintiff is entitled to any relief, denies that Plaintiff is an adequate representative, and denies that this action can be certified as a class action.

25.    Algo Exchange expressly denies that Plaintiff has stated a claim, denies Plaintiff is entitled to any relief, denies that Plaintiff is an adequate representative, and denies that this action can be certified as a class action and, therefore, denies the allegations in paragraph 25 of the Complaint.

26.    Algo Exchange denies the allegations in paragraph 26 of the Complaint.

27.    Algo Exchange denies the allegations in paragraph 27 of the Complaint.

28.    Algo Exchange denies the allegations in paragraph 28 of the Complaint.

29.    Algo Exchange denies the allegations in paragraph 29 of the Complaint.

30.    Algo Exchange denies the allegations in paragraph 30 of the Complaint.

31.    Algo Exchange denies the allegations in paragraph 31 of the Complaint.

32.    Algo Exchange denies the allegations in paragraph 32 of the Complaint.

33.    Algo Exchange denies the allegations in paragraph 33 of the Complaint.

34.    Algo Exchange denies the allegations in paragraph 34 of the Complaint.

35.    Algo Exchange denies the allegations in paragraph 35 of the Complaint.

36.    Algo Exchange denies the allegations in paragraph 36 of the Complaint.

37.    Algo Exchange denies the allegations in paragraph 37 of the Complaint.

38.    Algo Exchange denies the allegations in paragraph 38 of the Complaint.

39.    Algo Exchange denies the allegations in paragraph 39 of the Complaint.

40.    Algo Exchange denies the allegations in paragraph 40 of the Complaint.

41.    Algo Exchange denies the allegations in paragraph 41 of the Complaint.

42.    Algo Exchange denies the allegations in paragraph 42 of the Complaint.

43.    Algo Exchange denies the allegations in paragraph 43 of the Complaint.

44.    Algo Exchange denies the allegations in paragraph 44 of the Complaint.

45.    Algo Exchange denies the allegations in paragraph 45 of the Complaint.

46.    Algo Exchange denies the allegations in paragraph 46 of the Complaint.

47.    Algo Exchange denies the allegations in paragraph 47 of the Complaint.

48.    Algo Exchange denies the allegations in paragraph 48 of the Complaint.

49.    Algo Exchange denies the allegations in paragraph 49 of the Complaint.

50.    Algo Exchange denies the allegations in paragraph 50 of the Complaint.

51.    Algo Exchange denies the allegations in paragraph 51 of the Complaint.

## COUNT I

52.    Algo Exchange repeats and re-alleges each and every response to paragraphs 1 through 51 of the Complaint as if fully set forth herein.

53.    The allegations in paragraph 53 of the Complaint state a legal conclusion, to which no response is required.  To the extent a response is deemed necessary, Algo Exchange denies the allegations in paragraph 53 of the Complaint.

54.    The allegations in paragraph 54 of the Complaint state a legal

conclusion, to which no response is required.  To the extent a response is deemed necessary, Algo Exchange denies the allegations in paragraph 54 of the Complaint.

55.    The allegations in paragraph 55 of the Complaint state a legal conclusion, to which no response is required.  To the extent a response is deemed necessary, Algo Exchange denies the allegations in paragraph 55 of the Complaint.

56.    The allegations in paragraph 56 of the Complaint state a legal conclusion, to which no response is required.  To the extent a response is deemed necessary, Algo Exchange denies the allegations in paragraph 56 of the Complaint.

57.    The allegations in paragraph 57 of the Complaint state a legal conclusion, to which no response is required.  To the extent a response is deemed necessary, Algo Exchange denies the allegations in paragraph 57 of the Complaint.

58.    Algo Exchange denies the allegations in paragraph 58 of the Complaint.

59.    Algo Exchange denies the allegations in paragraph 59 of the Complaint.

60.    Algo Exchange denies the allegations in paragraph 60 of the Complaint.

## **PRAYER FOR RELIEF**

Algo Exchange denies that Plaintiff is entitled to any relief, and all requests in Plaintiff's Prayer for Relief are hereby denied.

All allegations not specifically admitted are denied.

## **AFFIRMATIVE DEFENSES**

1.    Plaintiff's claims are barred because the Complaint fails to state a claim upon which relief may be granted.

2.    Plaintiff's claims are barred because Algo Exchange has established and implemented, with due care, reasonable practices and procedures to effectively prevent text message solicitations in violation of the TCPA and the regulations prescribed thereunder under which Plaintiff sues.

3.    Plaintiff's claims are barred because the two text messages allegedly received by Plaintiff were sent with the texter's reasonable reliance upon the provisioning of the subject phone number, and the consent provided to receive the complained-of text messages.

Algo Exchange reserves the right to assert any additional defenses it may have based on additional information, whether learned through discovery or otherwise.

**WHEREFORE**, having fully answered Plaintiff's complaint, Algo Exchange prays that:

A.    Judgment be rendered in favor of Algo Exchange and against Plaintiff with respect to all counts and causes of action in the Complaint;

B.    The above-entitled action be dismissed in its entirety with prejudice;

C.    Plaintiff take nothing by reason of her Complaint; and

D.    For such other relief in Algo Exchange's favor as the Court deems just and proper.

Respectfully submitted this 2nd day of July, 2025.

GORDON REES SCULLY
MANSUKHANI, LLP

*/s/ Theresa L. Nelson*
Theresa L. Nelson (GA Bar No. 601095)
Gordon Rees Scully Mansukhani, LLP
55 Ivan Allen Jr. Blvd. N.W.
Suite 750
Atlanta, GA 30308
Ph.:  (404) 869-9054
Email: tlnelson@grsm.com
*Attorneys for Defendant*

## <u>CERTIFICATE OF COMPLIANCE AND SERVICE</u>

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing was prepared on a computer, using Times New Roman 14-point font.

This is to certify that I have this day served a true and correct copy of the within and foregoing **DEFENDANT TRADERCODES, LLC DBA ALGO EXCHANGE'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** by filing the same with the CM/ECF system which will serve a copy by electronic mail upon all counsel of record.

This 2nd day of July, 2025.

Valerie Chinn
Attorney at Law
CHINN LAW FIRM, LLC
245 N. Highland Ave.
Suite 230 #7
Atlanta, GA 30307
Email: vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
*Counsel for Plaintiff and the proposed class*

*/s/ Theresa L. Nelson*
Theresa L. Nelson
COUNSEL