IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>TRADERCODES, LLC DBA ALGO EXCHANGE,<br><br>Defendant. | Case No. 1:25-cv-03211-ELR |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3 of the United States District Court for the Northern District of Georgia, Defendant Tradercodes, LLC d/b/a Algo Exchange submits its Certificate of Interested Persons and Corporate Disclosure Statement and states as follows:

1. A complete list of the parties, including proposed intervenors, and the corporate disclosure statement required by FRCP 7.1: The parties to this case are: (1) Plaintiff Erin Wilson; and (2) Defendant Tradercodes, LLC d/b/a Algo Exchange. At this time, Tradercodes, LLC is unaware of any third-party that wishes to intervene in this action. No publicly held corporation owns 10% or more of Tradercodes, LLC's membership interest.

2. A complete list of other persons, associations, firms, partnerships, or

corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case: AEA Enterprises, LLC and Austin Alhajj.

3. A complete list of each person serving as an attorney in the case: Theresa L. Nelson (GA Bar No. 601095). Other attorneys may appear in the future on behalf of Defendant Tradercodes, LLC d/b/a Algo Exchange.

Respectfully submitted this 2nd day of July, 2025.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Theresa L. Nelson*
Theresa L. Nelson
GA Bar No. 601095
55 Ivan Allen Jr. Blvd. N.W.
Suite 750
Atlanta, GA 30308
Ph.: (404) 978-7334
Email: tlnelson@grsm.com
*Attorney for Defendant*

## CERTIFICATE OF COMPLIANCE AND SERVICE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing was prepared on a computer, using Times New Roman 14-point font.

This is to certify that I have this day served a true and correct copy of the within and foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** by filing the same with the CM/ECF system which will serve a copy by electronic mail upon all counsel of record.

This 2nd day of July, 2025.

Valerie Chinn
Attorney at Law
CHINN LAW FIRM, LLC
245 N. Highland Ave.
Suite 230 #7
Atlanta, GA 30307
Email: vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
*Counsel for Plaintiff and the proposed class*

                                         */s/ Theresa L. Nelson*
                                         Theresa L. Nelson
                                         COUNSEL