# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> TRADERCODES, LLC DBA ALGO EXCHANGE, <br><br> Defendant. | Case No.: <br> 1:25-cv-03211-ELR |

### DEFENDANT TRADERCODES, LLC D/B/A ALGO EXCHANGE'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(C)

NOW COMES, Defendant Tradercodes, LLC d/b/a Algo Exchange ("Algo Exchange" or "Defendant"), by and through undersigned counsel, Gordon Rees Scully Mansukhani, LLC, which respectfully moves for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. As demonstrated in the memorandum in support that follows, Plaintiff's lone statutory claim fails as a matter of law under a plain reading of the statute under which Plaintiff sues. A proposed order is contemporaneously submitted to the Court with this filing for the Court's convenience.

Respectfully submitted this 8th day of August, 2025.

*(signature on the following page)*

1

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Theresa L. Nelson*
Theresa L. Nelson (GA Bar No. 601095)
Gordon Rees Scully Mansukhani, LLP
55 Ivan Allen Jr. Blvd. N.W.
Suite 750
Atlanta, GA 30308
Ph.: (404) 869-9054
Email: tlnelson@grsm.com

Stephen R. Freeland (*pro hac vice*)
277 S. Washington St.
Suite 550
Alexandria, VA 22314
Ph.: (703) 650-7035
Email: sfreeland@grsm.com

*Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE AND SERVICE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing was prepared on a computer, using Times New Roman 14-point font.

This is to certify that I have this day served a true and correct copy of the within and foregoing **DEFENDANT TRADERCODES, LLC D/B/A ALGO EXCHANGE'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(C)** by filing the same with the CM/ECF system which will serve a copy by electronic mail upon all counsel of record.

    Valerie Chinn
    Attorney at Law
    CHINN LAW FIRM, LLC
    245 N. Highland Ave.
    Suite 230 #7
    Atlanta, GA 30307
    vchinn@chinnlawfirm.com

    Anthony I. Paronich
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    anthony@paronichlaw.com
    *Counsel for Plaintiff and the proposed class*

This 8th day of August, 2025.

*(signature on the following page)*

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Theresa L. Nelson*
Theresa L. Nelson
COUNSEL