IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated,*<br><br>    Plaintiff,<br><br>v.<br><br>TRADERCODES, LLC DBA ALGO EXCHANGE,<br><br>    Defendant. | Case No.:<br><br>1:25-cv-03211-ELR |

## ORDER GRANTING DEFENDANT TRADERCODES, LLC DBA ALGO EXCHANGE'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(C)

This matter is before the Court on Defendant Tradercodes, LLC d/b/a Algo Exchange's motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). Upon consideration thereof, the Court finds that said motion is well-taken, and it is GRANTED.

Plaintiff Erin Wilson's Complaint, Doc. No. 1, alleged Defendant violated 47 U.S.C. § 227(c) of the Telephone Consumer Protection Act of 1991 ("TCPA"). The Court specifically finds Plaintiff has failed to present a claim upon which any relief may be granted pursuant to the TCPA in her Complaint, Doc. No. 1.

Therefore, Plaintiff's Complaint and all claims for relief set forth herein are dismissed with prejudice. This order is final and appealable, there being no just

cause for delay.

IT IS SO ORDERED.

On this _____ day of _____, 2025.

_____
**District Judge Eleanor L. Ross**

2