## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Erin Wilson, on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 25-cv-03211 |
| Tradercodes, LLC | ) ) | |
| Defendant. | ) ) ) | |

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff Erin Wilson ("Plaintiff"), by and through undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7.1(A)(2) for an order extending by thirty (30) days the time to file an opposition to Defendant's Motion for Judgment on the Pleadings (ECF No. 14). In support thereof, Plaintiff states as follows:

1. On August 8, 2025, Defendant filed its Motion for Judgment on the Pleadings under Rule 12(c) (ECF No. 14).

2. Pursuant to Local Rule 7.1(B), Plaintiff's current deadline to file an opposition is twenty-one (21) days after service, making the opposition due on August 29, 2025.

1

3. Plaintiff seeks an extension of thirty (30) days from the current due date, making the new deadline September 29, 2025.

4. Good cause exists for this request. The additional time is necessary to allow Plaintiff's counsel to fully review Defendant's motion, research the legal issues presented, and prepare a thorough and complete response, particularly given current scheduling conflicts and preexisting litigation commitments.

5. Pursuant to Local Rule 7.1(A)(1), undersigned counsel attempted to confer with Defendant's counsel regarding this request via email on August 13, 2025, but received no response.

6. This motion is made in good faith and not for the purpose of delay. The requested extension will not prejudice Defendant and will serve the interests of justice by ensuring full briefing of the issues.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the deadline for Plaintiff to file an opposition to Defendant's Motion for Judgment on the Pleadings by thirty (30) days from the current due date, to September 29, 2025.

Dated: August 14, 2025

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018

anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*