# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated,*<br><br>　　Plaintiff,<br><br>v.<br><br>TRADERCODES, LLC DBA ALGO EXCHANGE,<br><br>　　Defendant. | Case No. 1:25-cv-03211-ELR |

### DEFENDANT TRADERCODES, LLC D/B/A ALGO EXCHANGE'S MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES PENDING DEFENDANT'S RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS

　　Defendant Tradercodes, LLC d/b/a Algo Exchange ("Algo Exchange" or "Defendant"), by counsel, respectfully moves this Court to stay discovery and pretrial deadlines pending the Court's decision on Defendant's motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. Proceeding with discovery on Plaintiff's lone statutory claim, that fails as a matter of law, would be inconsistent with the Federal Rules of Civil Procedure and caselaw in this Circuit governing discovery. *See* Fed. R. Civ. P. 1 (the Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."). For the

1

reasons provided in the supporting memorandum, Defendant requests this Court stay discovery and pretrial deadlines until the motion for judgment on the pleadings is decided.

Dated: August 22, 2025

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP
*/s/ Theresa L. Nelson*
Theresa L. Nelson (GA Bar No. 601095)
Gordon Rees Scully Mansukhani, LLP
55 Ivan Allen Jr. Blvd. N.W.
Suite 750
Atlanta, GA 30308
Ph.: (404) 869-9054
Email: tlnelson@grsm.com

Stephen R. Freeland (*pro hac vice*)
277 S. Washington St.
Suite 550
Alexandria, VA 22314
Ph.: (703) 650-7035
Email: sfreeland@grsm.com

*Attorneys for Defendant*