# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Erin Wilson, on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 25-cv-03211 |
| Tradercodes, LLC | ) ) ) | |
| Defendant. | ) ) | |

## **DECLARATION OF ERIN WILSON**

1. My name is Erin Wilson. I am over 18 years old. I can testify competently to the undersigned statements.

2. This declaration is based on my personal knowledge.

3. My telephone number (404) XXX-XXXX is on the National Do-Not-Call Registry.

4. I am the user of (404) XXX-XXXX.

5. I am the owner of (404) XXX-XXXX.

6. I pay the bill for (404) XXX-XXXX.

7. This number is used for personal, household purposes.

8.　　I never provided my consent to Algo Exchange to make calls to (404) XXX-XXXX. I did not know the company existed before they began contacting me.

9.　　Indeed, I understand that Algo Exchange claims that an individual named 'Ninapulin Sheth' made such a request on March 21st, 2025.

10.　　I do not know 'Ninapulin Sheth' and certainly did not instruct her to visit any website on my behalf.

11.　　In addition to the text messages received, I got multiple phone calls from Algo Exchange.

12.　　This includes calls from the number 239-235-4847 on April 23rd, 2025 at 1:41 PM EST and on April 25th, 2025 at 12:26 PM EST.

13.　　Wanting the calls to stop, at 2:14 PM EST on April 25th, 2025, I returned the call to 239-235-4847 to request the caller to stop contacting me.

14.　　After a few rings, I was routed to a generic, anonymous voicemail machine asking me to leave a message.

15.　　I introduced myself, stated that I never opted in to being called, and requested the caller to not contact me again. I then hung up the phone.

16.　　Despite this, on April 28th, 2025 at 2:12 PM EST, I received yet another unwanted phone call from 239-235-4847.

17. At 3:28 PM EST on April 28th, 2025, I returned the call with the intention to request again that the caller stop contacting me. Again, I was routed to a voicemail machine.

18. After stating who I was, I mentioned that I had previously requested the caller to stop calling me and that the calls were unsolicited. I then requested once more for the caller to not contact me again. I then hung up.

19. On April 29th, 2025 at 6:04 PM EST, I received another unsolicited, intrusive phone call from 239-235-4847.

20. I immediately returned the call at 6:06 PM EST to demand that the intrusive calls stop.

21. This time, instead of eventually being routed to the same anonymous voicemail message, an agent answered the phone.

22. Upon answering the phone, the agent stated that his name was 'Frank' with 'Algo Exchange'.

23. Frank then asked if I was 'Ninapulin' - the same name Algo Exchange used to solicit their services to me in their initial texts in March 2025.

24. Indeed, upon asking Frank to repeat what he said, he once again confirmed that he was calling on behalf of Algo Exchange and asked if I was Ninapulin.

25. I told Frank that I was not Ninapulin, and explained how I had requested multiple times to not be contacted by this number to no avail.

26. I stated that I never consented to being contacted by Algo Exchange.

27. I requested Algo Exchange to stop calling and texting me and hung up.

28. I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent.

Executed this 2nd day of September, 2025.

_____
Erin Wilson