IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>TRADERCODES, LLC DBA ALGO EXCHANGE,<br><br>Defendant. | Case No. 1:25-cv-03211-ELR |

## ORDER GRANTING DEFENDANT TRADERCODES, LLC D/B/A ALGO EXCHANGE'S MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES PENDING DEFENDANT'S RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS

This matter is before the Court on Defendant Tradercodes, LLC dba Algo Exchange's motion to stay discovery and pretrial deadlines until Defendant's motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) is decided. Upon consideration thereof, the Court finds that said motion is well-taken, and it is GRANTED.

All discovery and pretrial deadlines shall be stayed until the Court renders its decision on the pending motion for judgment on the pleadings.

IT IS SO ORDERED.

On this 22nd day of September, 2025.

*Eleanor L. Ross*
**District Judge Eleanor L. Ross**