IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Tradercodes, LLC<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 25-cv-03211 |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff respectfully submits *Bosley v. A Bradley Hospitality LLC d/b/a La Mesa Miami*, Case No. 25-cv-22336-BLOOM/Elfenbein, 2025 U.S. Dist. LEXIS 183986 (S.D. Fla. Sept. 18, 2025) (attached as Exhibit 1) as supplemental authority. The court confirmed that "a text message constitutes a 'call' under the TCPA." *Id.* This ruling is consistent with the overwhelming majority of decisions nationwide, including within the Eleventh Circuit, as outlined in the Plaintiff's recent brief.

Dated: September 22, 2025

                                         */s/ Anthony Paronich*
                                         Anthony Paronich
                                         Email: anthony@paronichlaw.com
                                         PARONICH LAW, P.C.
                                         350 Lincoln Street, Suite 2400
                                         Hingham, MA 02043
                                         Telephone: (617) 485-0018
                                         Facsimile: (508) 318-8100

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

                                         */s/ Anthony Paronich*
                                         Anthony Paronich

Dated: September 22, 2025

5