IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>TRADERCODES, LLC DBA ALGO EXCHANGE,<br><br>Defendant. | Case No. 1:25-cv-03211-ELR |

### DEFENDANT TRADERCODES, LLC D/B/A ALGO EXCHANGE'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Tradercodes, LLC d/b/a Algo Exchange ("Algo Exchange") respectfully submits Judge Thomas W. Thrash Jr.'s recent, well-reasoned decision dismissing a nearly identical TCPA complaint in *Radvansky v. 1-800-Flowers.com, Inc.*, Civ. No. 1:25-cv-2811, 2026 WL 456919 (N.D. Ga. Feb. 17, 2026) as additional supplemental authority in further support of Algo Exchange's Motion for Judgment on the Pleadings, Doc. 14, 14-1, 22, and attached as Exhibit 1.

In *Radvansky*, as here, the issue presented was whether text messages are "telephone call[s]" under Section 227(c) of the TCPA. *Radvansky*, 2026 WL 456919, at *3. Rejecting the same arguments advanced by Plaintiff in this case, Judge Thrash held that they are not: "The Court agrees with the decisions in this Circuit concluding that the phrase 'telephone call' in 47 U.S.C. § 227(c)(5) does not

1

encompass text messages." *Id.* at *5; *see also id.* at *3-*4. Judge Thrash granted the defendant's motion to dismiss and dismissed plaintiff's complaint. *Id.* at *5.[1]

For the same reasons, Algo Exchange's Motion for Judgment on the Pleadings should be granted.

Dated: February 19, 2026               Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Theresa L. Nelson*
Theresa L. Nelson (GA Bar No. 601095)
55 Ivan Allen Jr. Blvd. N.W.
Suite 750
Atlanta, GA 30308
Ph.: (404) 869-9054
Email: tlnelson@grsm.com

Stephen R. Freeland (*pro hac vice*)
277 S. Washington St.
Suite 550
Alexandria, VA 22314
Ph.: (703) 650-7035
Email: sfreeland@grsm.com

*Attorneys for Defendant*

---

[1] The plaintiff in *Radvansky* is represented by the same counsel as the Plaintiff in this case.

## CERTIFICATE OF SERVICE

I certify that a true and complete copy of the foregoing and accompanying Attachment 1 have been served through the Court's electronic filing system to the following on February 19, 2026:

Valerie Chinn
Attorney at Law
CHINN LAW FIRM, LLC
245 N. Highland Ave.
Suite 230 #7
Atlanta, GA 30307
Direct: 404-955-7732
Facsimile: 404-745-8605
Email: vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff and the proposed class*

                                                **GORDON REES SCULLY MANSUKHANI, LLP**

                                                /s/ *Theresa L. Nelson*
                                                Theresa L. Nelson
                                                COUNSEL

## CERTIFICATE OF COMPLIANCE AND SERVICE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing was prepared on a computer, using Times New Roman 14-point font.

This 19th day of February, 2026.

                                      **GORDON REES SCULLY MANSUKHANI, LLP**

                                      /s/ *Theresa L. Nelson*
                                      Theresa L. Nelson
                                      COUNSEL