# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>TRADERCODES, LLC DBA ALGO EXCHANGE,<br><br>Defendant. | Case No. 1:25-cv-03211-ELR |

## DEFENDANT TRADERCODES, LLC D/B/A ALGO EXCHANGE'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Tradercodes, LLC d/b/a Algo Exchange ("Algo Exchange") respectfully submits the recent, well-reasoned decisions in *Lopresti v. Nouveau Essentials Marketing LLC*, Civ. No. 5:25-cv-00282, Sl. Op. (Doc. 62) (M.D. Fla. Feb. 26, 2026) (report and recommendation) and *Stockdale v. Skymount Prop. Gr., LLC*, 2026 WL 591842 (N.D. Ohio Mar. 3, 2026) as additional supplemental authority in further support of Algo Exchange's Motion for Judgment on the Pleadings, Doc. 14, 14-1, 22, and attached as Attachments 1 and 2, respectively.

In both cases, as here, the issue presented was whether text messages are "telephone call[s]" under Section 227(c) of the TCPA. *Lopresti*, Sl. Op., at 6-7; *Stockdale*, 2026 WL 591842, at *3. As in the other decisions cited and submitted

1

by Algo Exchange, both *Lopresti* and *Stockdale* held that they are not. *Lopresti* (Ex. 1), Sl. Op., at 9-11 (Section 227(c)(5) only applies to "telephone call[s]", not text messages; recommending judgment on the pleadings in favor of defendant under Fed. R. Civ. P. 12(c)) (citing *Sayed v. Naturopathica Holistic Health, Inc.*, 2025 WL 2997759, at *2 (M.D. Fla. Oct. 24, 2025)); *Stockdale*, 2026 WL 591842, at *2 ("[T]his Court joins several others in holding that the term 'telephone call' as used in Section 227(c)(5) of the TCPA does not encompass 'text messages.'"; dismissing complaint under Fed. R. Civ. P. 12(b)(6)).

These recent decisions, like the other decisions submitted by Algo Exchange, confirm that Algo Exchange's Motion for Judgment on the Pleadings should be granted.

Dated: March 5, 2026

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Theresa L. Nelson*
Theresa L. Nelson (GA Bar No. 601095)
55 Ivan Allen Jr. Blvd. N.W.
Suite 750
Atlanta, GA 30308
Ph.: (404) 869-9054
Email: tlnelson@grsm.com

Stephen R. Freeland (*pro hac vice*)
277 S. Washington St.
Suite 550
Alexandria, VA 22314
Ph.: (703) 650-7035

3

Email:  sfreeland@grsm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that a true and complete copy of the foregoing and accompanying Attachments 1 and 2 have been served through the Court's electronic filing system to the following on March 5, 2026:

Valerie Chinn
Attorney at Law
CHINN LAW FIRM, LLC
245 N. Highland Ave.
Suite 230 #7
Atlanta, GA 30307
Direct: 404-955-7732
Facsimile: 404-745-8605
Email: vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff and the proposed class*

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ *Theresa L. Nelson*
Theresa L. Nelson
COUNSEL

## **CERTIFICATE OF COMPLIANCE AND SERVICE**

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B).  The foregoing was prepared on a computer, using Times New Roman 14-point font.

This 4th day of March, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ *Theresa L. Nelson*

Theresa L. Nelson
COUNSEL