**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ERIN WILSON
individually and on behalf of others
similarly situated,
                    Plaintiff,

vs.

TRADERCODES, LLC
doing business as,
                    Defendant.

CIVIL ACTION FILE

NO.  1:25-cv-03211-ELR

**J U D G M E N T**

This action having come before the court, Honorable Eleanor L. Ross, United

States District Judge, for consideration of Defendant's Motion for Judgment on the

Pleadings and the court having granted said motion, it is

**Ordered and adjudged** that the Complaint be **DISMISSED WITH PREJUDICE**.

Dated at Atlanta, Georgia, this 18th day of March, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:    s/A. White
          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 18, 2026
Kevin P. Weimer
Clerk of Court

By:  s/A. White
          Deputy Clerk